FIRST NIAGARA INSURANCE BROKERS, INC., Appellant,

v.

FIRST NIAGARA FINANCIAL GROUP, INC., Cross–Appellant.

Nos. 2007–1529, 2007–1555.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2008.

Paul M. Fakler, Moses & Singer LLP, of New York, NY, argued for appellant. With him on the brief were Martin Schwimmer and Amanda J. Schaffer.

Paul I. Perlman, Hodgson Russ LLP, of Buffalo, NY, argued for cross-appellant. With him on the brief were Edwin T. Bean, Jr. and Ivan E. Lee.

RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.